# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| Advantage Inspection Inc, and Advantage Inspection International LLC, | **JUDGMENT** |
| Plaintiff, | Civil Action No: 6:07-CV-00969-GRA |
| vs. | |
| 1st Advantage of the Piedmont LLC, Thomas E. Hardin, individually, | |
| Defendant, | |

***Decision by the Court.***   This action came to hearing before the court.  The issues having been duly heard and a decision having been duly rendered,

***IT IS ORDERED AND ADJUDGED***   Plaintiffs' Motion for Entry of Damages and an Injunction against Defendants, 1st Advantage of the Piedmont, LLC and Thomas E. Hardin, individually, is ***GRANTED***; Plaintiffs shall recover, pursuant to 15 U.S.C.§1117(a), from Defendants $30,000.00 which constitutes the amount of profits the Defendants made under the infringing mark.  Plaintiffs shall recover from Defendants full costs in this action, including reasonable attorney fees and costs in the amount of $4,489.52 pursuant to 15 U.S.C. § 1117(a).  Defendants will be jointly and severally liable to Plaintiffs in the amount of $34,489.52, which represents Defendants' profits and the costs in this action, including reasonable attorney fees.  Defendants will be jointly and severally liable to Plaintiffs for interest at the rate of 1.63 percent on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.  Defendants, including their, agents, servants, employees, and all persons acting under his permission or authority shall be permanently enjoined and restrained from infringing, in any manner, U.S. Service Mark Registration No. 2,256,738. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

                                                         LARRY W. PROPES, CLERK
                                                         UNITED STATES DISTRICT COURT

April 17, 2008
Greenville, South Carolina

                                                         _____
                                                         Deputy Clerk